■ RALPH H. DRAKE, JR., Appellant, v STATE OF NEW YORK, Respondent.—Appeal from an order of the Court of Claims (Koreman, P. J.), entered October 26, 1984, which granted the State's motion to dismiss the claim.

Order affirmed, with costs, upon the opinion of Presiding Judge Harold E. Koreman of the Court of Claims. Kane, J. P., Weiss, Yesawich, Jr., Levine and Harvey, JJ., concur. [126 Misc 2d 309.]